# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160185(26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THE ROMANIAN ORTHODOX EPISCOPATE
OF AMERICA,
          Plaintiff/Counterdefendant-
          Appellant,

v

                                          SC: 160185
                                          COA: 347497

GHEORGHE CARSTEA and ST. NICHOLAS
AND VEN PARASCHEVA ROMANIAN
ORTHODOX CHURCH,
          Defendants/Counterplaintiffs-
          Appellees.

                                          Oakland CC: 2018-168095-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's March 3, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



a0720



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020
_____          _____
                                                   Clerk